**UNPUBLISHED ORDER**
Not to be cited per Circuit Rule 53

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

Submitted January 20, 2006
Decided January 25, 2006

**Before**

Hon. RICHARD A. POSNER, *Circuit Judge*

Hon. FRANK H. EASTERBROOK, *Circuit Judge*

Hon. TERENCE T. EVANS, *Circuit Judge*

No. 05-2434

| | |
|---|---|
| UNITED STATES OF AMERICA, | Appeal from the United States |
| *Plaintiff-Appellee*, | District Court for the Northern |
| | District of Illinois, Eastern Division. |
| *v.* | |
| | No. 01 CR 987-1 |
| SECONDINO MEZA-URTADO, | |
| *Defendant-Appellant*. | Robert W. Gettleman, *Judge*. |

**O R D E R**

This is (we hope) the final act of a saga that began in 2001 when Secondino Meza-Urtado was involved in a three-kilo cocaine deal in Chicago.  After Meza (we shorten his name) was convicted on federal drug charges, he appealed, and the government filed a cross-appeal challenging a downward departure (to 70 months) Meza received.  As bad luck would have it, Meza lost and the government won.  See United States v. Meza-Urtado, 351 F.3d 301 (7th Cir. 2003).  Back in the district court, Meza was sentenced again, this time to a term of 78 months.

Meza appeals again, and he must lose again.  His 78-month sentence, the low end of a properly determined advisory guideline range, cannot, based on the fine record made in the district court, be viewed as unreasonable.  The judgment of the district court, accordingly, is AFFIRMED.